IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **YOSSELIN BEDOLLA,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 25-2092-KHV |
| **TRUEACCORD,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On April 16, 2025, plaintiff notified the Court that the parties had reached a settlement in this matter. See Notice Of Settlement As To Defendant Trueaccord (Doc. #5).

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **June 18, 2025**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2).

**IT IS SO ORDERED**.

Dated this 17th day of April, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge